IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-063-GCM-DCK

| | |
|---|---|
| TIMOTHY JAMES PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Extension Of Time To File Motion For Summary Judgment And Supporting Memorandum" (Document No. 11) filed August 18, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant does not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Extension Of Time To File Motion For Summary Judgment And Supporting Memorandum" (Document No. 11) is **GRANTED**. Plaintiff may file his motion for summary judgment and supporting memorandum on or before **September 7, 2015**; Defendant shall file its motion for summary judgment and supporting memorandum on or before **November 6, 2015**.

**SO ORDERED.**

Signed: August 18, 2015

David C. Keesler
United States Magistrate Judge