IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15CV63

| | | |
|---|---|---|
| TIMOTHY JAMES PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Memorandum and Recommendation of United States Magistrate David C. Keesler, filed September 10, 2015. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the Memorandum and Recommendation must be filed within 14 days after service of the same. No objections have been filed.

After an independent and thorough review of the magistrate's memorandum, the court concludes that there is no clear error on the face of the record and the recommendation to deny without prejudice Plaintiff's Motion for Summary Judgment and allow an extension of time to file an appropriate motion and supporting memorandum that comply with the Court's "Social Security Briefing Order" is affirmed.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation is hereby AFFIRMED.

Signed: September 30, 2015

Graham C. Mullen
United States District Judge